UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOI WILLIAMS and FLOYD WILLIAMS, | § § § | |
| Plaintiffs, | § § § | No. 3:15-cv-00217-BAJ-EWD |
| vs. | § § § | Chief Judge Jackson |
| REMINGTON ARMS COMPANY, LLC | § § § | Magistrate Judge Wilder-Doomes |
| Defendant. | § | |

**STIPULATION TO DISMISS**

The parties, by their undersigned attorneys, hereby advise the Court that this action has been fully settled and compromised. As a result, the parties stipulate and agree that the Plaintiffs' First Amended Complaint (Doc. 6) be dismissed in its entirety with prejudice, the parties to bear their own costs. A proposed dismissal order is attached hereto as Exhibit A.

THE CHAFFIN LAW FIRM

*/s/ Robert A. Chaffin*
Robert A. Chaffin
Texas Bar No. 04057500
robert@chaffinlawfirm.com
Nicholas A. Homan
Texas Bar No. 24083194
nick@chaffinlawfirm.com
4265 San Felipe, Suite 1020
Houston, TX   77027
(713) 528-1000 (Phone)
(713) 952-5972 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

BUTLER SNOW LLP

*/s/ Victor J. Franckiewicz, Jr.*
Victor J. Franckiewicz, Jr. (La. Bar #22373)
Vic.franckiewicz@butlersnow.com
201 St. Charles Avenue, Sutie 2700
New Orleans, LA   70170
(504) 299-7750 (Phone)
(504) 299-7701 (Fax)

**ATTORNEYS FOR
REMINGTON ARMS COMPANY, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2016, I filed the foregoing electronically through the Court's CM/ECF system which will send notice of electronic filing to the attorneys of record.

*/s/ Victor J. Franckiewicz, Jr.*
Victor J. Franckiewicz, Jr. (La. Bar #22373)
