UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOI WILLIAMS and FLOYD WILLIAMS, | § § § | |
| Plaintiffs, | § § | No. 3:15-cv-00217-BAJ-SCR |
| vs. | § § | Chief Judge Jackson |
| REMINGTON ARMS COMPANY, LLC | § § § | Magistrate Judge Wilder-Doomes |
| Defendant. | § | |

# ORDER

This matter coming to be heard on the parties' Revised Stipulation to Dismiss, it is hereby ORDERED as follows:

The Motion to Strike Stipulation to Dismiss (Doc. 53) is now moot; and

**IT IS ORDERED** that this action is hereby dismissed in its entirety with prejudice, the parties to bear their own respective costs.

Baton Rouge, Louisiana, April 18, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY